UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:11-cr-20-Oc-10TBS

DEMUNTRAY D. COX

## **ORDER**

On January 19, 2012, the parties appeared before the Court for a change of plea hearing. Defendant was not prepared to go forward and advised the Court that he needed additional time to consult with his attorney. Under the circumstances reflected on the record at the hearing the Defendant made an *ore tenus* motion to continue the trial to the March trial calendar and in the process, agreed to waive Speedy Trial. The Government had no objection and the Defendant affirmatively waived his Speedy Trial rights on the record.

After due consideration and upon finding that the ends of justice outweigh the interests of the Defendant and the public in a speedy trial, the Defendant's *ore tenus* motion to continue the trial is **GRANTED**. The Clerk is directed to remove this case from the February trial calendar and by separate notice reschedule the case for status conference on **February 22, 2012 at 9:30 a.m.** and for the trial term beginning **March**

5, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, this 19th day of January, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

Maurya McSheehy, CRD
United States Attorney
United States Marshal
United States Probation
United States Pretrial Services
Counsel for Defendant